Moses Abrahams, on Behalf of Himself and All Other Stockholders of Remington Rand, Inc., Similarly Situated, Respondent, v. James H. Rand, Jr., et al., Defendants, and James G. Blaine et al., Appellants.—

Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 401.]

In the Matter of the Accounting of United States Trust Company of New York, as Temporary Administrator of the Estate of and as Executor of Eugene Higgins, Deceased. Martin J. Dietz, Respondent, v. United States Trust Company of New York, as Executor of Eugene Higgins, Deceased, Appellant. Daniel P. Cousteau, Respondent, v. United States Trust Company of New York, as Executor of Eugene Higgins, Deceased, Appellant.— Present — Cohn, J. P., Callahan, Van Voorhis and Bergan, JJ. [See *ante*, pp. 881, 882.]

Max M. Schwartz v. William J. Heffernan et al.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 898.]

Bidds Successors, Inc., Respondent, v. Irving Reisberg et al., Appellants.—

The third cause of action for malicious abuse of process based on the claim that the defendants have improperly instituted an action for declaratory judgment will not lie (*Miller* v. *Stern*, 262 App. Div. 5; 72 C. J. S., Process, § 119). Plaintiff may, within ten days after service of copy of the order to be entered herein and upon payment of said costs, serve an amended complaint omitting any reference to the third cause of action. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *Reisberg* v. *Great Northern Radar & Electronics, post*, p. 1006.]

Irving Reisberg, Appellant, v. Great Northern Radar & Electronics, Ltd., et al., Respondents, et al., Defendants.—

These actions should be tried together as they involve the same fact situations. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

(April 28, 1952.)

Louis Mackler, Doing Business as L. Mackler & Co., Respondent, v. Philip Schwartz et al., Individually and as Copartners Doing Business as Brooklyn Steel Warehouse Co., Appellants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.